NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ALD SOCIAL, LLC,**

*Plaintiff-Appellant*

v.

**GOOGLE LLC,**

*Defendant-Appellee*

---

2023-2340

---

Appeal from the United States District Court for the Western District of Texas in No. 6:22-cv-00972-FB, Judge Samuel Frederick Biery, Jr.

---

## **O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2    ALD SOCIAL, LLC v. GOOGLE LLC

accordance with the rules.

FOR THE COURT

December 12, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 12, 2023